IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
FEB 18 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:21 CR 103 |
| ) | Title 21, United States Code, |
| JONATHAN GUZMAN ADORNO, ) | Sections 841(a)(1), (b)(1)(C), |
| ) | and 846 |
| Defendant. ) | JUDGE GWIN |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about June 30, 2020 to on or about January 11, 2021, in the Northern District of Ohio, Eastern Division, Defendant JONATHAN GUZMAN ADORNO knowingly and intentionally, combined, conspired, confederated and agreed, with other persons known and unknown to the Grand Jury, to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about January 11, 2021, in the Northern District of Ohio, Eastern Division, Defendant JONATHAN GUZMAN ADORNO did knowingly and intentionally possess with intent to distribute approximately 110 grams or more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant JONATHAN GUZMAN ADORNO shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.